**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| INTERFACE SECURITY SYSTEMS, L.L.C., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v.  )<br>)<br>JEFFREY R. EDWARDS,  )<br>)<br>Defendant/Counter-Plaintiff. ) | Case No. 03-4054 |

## ORDER

Before the Court is Defendant/Counter-Plaintiff, Jeffrey R. Edwards ("Edwards") Motion to Have Arbitration Award Confirmed [Doc. #53]. On October 8, 2003, this Court referred Edwards' counterclaim to arbitration and ordered the parties to inform the Court as to the arbitration decision so that the counterclaim could then be dismissed. See [Order of October 8, 2003, Doc. #16]. On June 2, 2005, an arbitration hearing was held before retired state court Judge Ronald Taber, and on June 30, 2005, he entered an award in favor of Edwards in the amount of $66,206 in damages and attorney's fees.

Rather than seek confirmation in this Court, on August 5, 2005, Edwards initiated a new lawsuit in the Illinois state courts to have the arbitration award confirmed. See Interface Sec. Sys., L.L.C. v. Edwards, No. 05-MR-421, (14th Cir. Ct. Rock Island County, IL). As a result, this Court ordered Edwards'

attorney to dismiss the state court action and seek confirmation in this Court pursuant to § 9 of the Federal Arbitration Act. See [Order of April 11, 2006, Doc. #51]; see also IDS Life Ins. Co. v. Royal Alliance Assocs., 266 F.3d 645, 653-54 (7th Cir. 2001).

Since Edwards has now complied with this Court's order to dismiss his state court action, see [Doc. #58], and this Court has previously determined that there are no grounds for vacating the arbitration award, see [Order of March 30, 2006, Doc. #50], confirmation is therefore summary. See 9 U.S.C. § 9 (stating that upon application the court *must* grant an order confirming the arbitration award unless it is vacated, modified, or corrected); see also Hasbro v. Catalyst USA, Inc., 367 F.3d 689, 691-92 (7th Cir. 2004) (stating that confirmation is usually routine or summary).

IT IS THEREFORE ORDERED that Edwards' Motion for Confirmation [Doc. #53] is GRANTED.

IT IS FURTHER ORDERED that Edwards' counterclaim is hereby DISMISSED.

ENTERED this  2nd  day of May, 2006.

/s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge